No. 1018, Misc. GARZA-FUENTES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *David Hume* for petitioner Garza-Fuentes. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1366, Misc. PEARSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Thomas J. Mackell* and *Peter J. O'Connor* for respondent.

No. 1386, Misc. MILLER *v.* UNITED STATES; and
No. 1402, Misc. VALLEE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Leonard,* and *Nathan Lewin* for the United States in both cases. Reported below: 404 F. 2d 611.

No. 1393, Misc. MARES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1407, Misc. SMITH, AKA JEFFRIES *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1458, Misc. MALBRUE *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1474, Misc. BARRETT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.